George W. Salisbury, as Trustee in Bankruptcy of John H. Roy, Doing Business under the Name of John H. Roy & Co., Appellant, v. Jenette Deady and John Q. Deady, as Surviving Executors, etc., of W. N. Deady, Late of Lyons, Wayne County, Deceased, Respondents.— Judgment affirmed, with costs. All concurred; Robson, J., not sitting.

Louise Pooler, Respondent, v. Milo Warner, Impleaded with Eugene Ingraham and John C. Murphy, Appellants.— Judgment and order affirmed, with costs. All concurred.

John C. Schenck, Respondent, v. United States Health and Accident Insurance Company, Appellant.— Judgment and order reversed and new trial granted in Corning City Court, with costs to appellant to abide event. New trial to be had on the sixteenth day of June, at ten A. M. Held, 1. That there was a breach of warranty respecting the plaintiff's having been treated by a physician within the terms of the application. 2. That the finding of the jury that the injury was due to an accident to the car is contrary to and against the weight of the evidence. All concurred.

Hugh A. Daly, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Charles P. Cox, Individually and as Executor, etc., of Adam P. Steinert, Deceased, Appellant, v. The Travelers Insurance Company of Hartford, Connecticut, Respondent.— Judgment and order affirmed, with costs. All concurred; Robson, J., not sitting.

Albert Heltz, Respondent, v. Buffalo Vegetable Marketing Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Antonio Petrolino, Respondent, v. Buffalo, Lockport and Rochester Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Patrick M. Barry, as Administrator, etc., of Michael Barry, Deceased, Appellant, v. Solvay Process Company, Respondent.— Judgment affirmed, with costs. All concurred.

Lyman W. McCarrick, Respondent, v. Buffalo, Rochester and Pittsburgh Railway Company, Appellant.— Order affirmed, without costs. All concurred.